

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rogelio Ivan Cadena,             * From the 385th District Court
of Midland County,
Trial Court No. CR54943.

Vs. No. 11-22-00225-CR            * December 7, 2023

The State of Texas,            * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment in the section entitled "Court Costs" to show $290, the correct amount of court costs assessed against and due from Appellant as indicated in the district clerk's amended bill of costs, and we modify the district clerk's amended bill of costs to delete the court-appointed attorney's fees and the time payment fee previously assessed against Appellant. As modified, we affirm the judgment of the trial court.